UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) CLIFF HERRINGTON, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  21-CV-00505-GKF-JFJ |
| | ) | |
| (1) WAL-MART STORES EAST, LP., | ) | |
| d/b/a WAL-MART, a foreign limited | ) | |
| partnership, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Cliff Herrington and Defendant Wal-Mart Stores East, L.P. hereby

stipulate to the dismissal of the above-entitled action with prejudice as authorized by

Fed.R.Civ.P. Rule 41(a)(1)(A)(ii).

DATED the 03 day of February 2023.

Respectfully submitted,

Plaintiff Cliff Herrington
*Appearing *pro se*

W. Kirk Turner, OBA No. 13791
Jacob S. Crawford, OBA # 31031
Timothy L. Spencer, OBA # 33277
MCAFEE & TAFT, P.C.
Two West Second Street, Suite 1100
Tulsa, Oklahoma  74103
Telephone (918) 587-0000
Facsimile (918) 599-9317
kirk.turner@mcafeetaft.com
jake.crawford@mcafeetaft.com
tim.spencer@mcafeetaft.com

ATTORNEYS FOR DEFENDANT,
WAL-MART STORES EAST, LP
D/B/A WAL-MART